**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**May 19, 2021**

**JEFFREY P. ALLSTEADT, CLERK**

1. Notice of Motion form for Zoom for Government

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

[caption]

NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on **June 7**, 20**21**, at **10:00** a.m./p.m., I will appear before the Honorable **Chief Judge Goldar**, or any judge sitting in that judge's place, and present the motion of **Unclaimed funds** [to/ for] **Jenique Dean**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **1615060972** and the password is **726993**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

[Name of movant]
By: **Jenique Dean**
[Name, address, telephone number,
and email address of counsel]

## CERTIFICATE OF SERVICE

I, _____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _____, 20__, at _____ a.m./p.m.

**Fill in this Information to identify the case:**

Debtor 1: Jenigue (First Name) _____ (Middle Name) Dean (Last Name)

Debtor 2 (Spouse, if filing): _____ First Name _____ Middle Name _____ Last Name

United States Bankruptcy Court for the Northern District of Illinois (State)

Case number: 19-12563

**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**May 19, 2021**

**JEFFREY P. ALLSTEADT, CLERK**

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | 1,095.59 |
| Claimant's Name: | Jenigue Dean |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1345 S Wabash ave #909 Chicago IL 60605 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
_____ District of _____
[Court enters address here]

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 4/22/2021

Signature of Applicant

Printed Name of Applicant: Jenique Dean

Address: 1345 S Wabash Ave Chicago IL 60605

Telephone: (312) 834-5441

Email: jeniquedean@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

**6. Notarization**
STATE OF Illinois
COUNTY OF Cook

This Application for Unclaimed Funds, dated 04/22/2021 was subscribed and sworn to before me this 22 day of April, 20 21 by
Jenique Dean
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: 07/11/2022

QIUYING LIN
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 11, 2022

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20 ___ by _____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires:

**United States Bankruptcy Court**
**Northern District of Illinois**

**Jeffrey P. Allsteadt, Clerk of Court**

Jenique Dean
1345 S Wabash Ave
#909
Chicago, IL 60605

**Date:** 05/20/2021

**Letter to Filer:**

**Case Number,** *if applicable*: 19-12563

**Case Name,** *if applicable*: Jenique Dean

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

- ☐ Unsigned
- ☐ Debtor(s) or Company check unacceptable
- ☐ No fee is required
- ☐ **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

- ☐ Voluntary Petition (Official Form 101 or 201)
- ☐ No form of payment (one of the following is required)
  - Full Filing Fee
  - Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
  - Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)
- ☐ **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

**CORRECTION(S) REQUIRED**

- ☐ Alias Summons:

- ☐ Amended Adversary Complaint:

- ☐ Adversary Proceeding Coversheet:

- ☐ Amended Petition to Correct:

☐ Motion to Redact and Proposed Order[1]

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**DEFICIENCY** – Please make all necessary corrections to the document(s) listed below:

☐ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Motion is deficient for payment. Please submit payment.

☐ Notice of Motion – please complete and submit.

☐ Proposed Order – please complete and submit.

☑ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**INFORMATION**

☐ **CREDIT BUREAU** – The bankruptcy court does NOT perform any activities with the credit bureaus. You must contact the individual credit bureaus for their procedure for removing your bankruptcy filing from their credit report.

☐ No record of the case name or number exists in our court; therefore we cannot process your request and we're returning the enclosed documents to you.

☐ Case name/number is missing. Please provide the case name/number.

☐ There are several debtors listed. Please provide the correct case number.

**ADDITIONAL INFORMATION:**

Refile the notice of motion the time should be for 9:30 am. Also you are missing supporting documentation . If you need help please contact the free attorneys at 312- 229-6344.

---

[1] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the un-redacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

**IF APPLICABLE**

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents.

Include the signature of the attorney representing the debtor/joint debtor.

**FORM OF PAYMENT REQUIREMENT** – Cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**.

**Mail the required document(s) or payment listed above, including this Letter to my attention at:**
**United States Bankruptcy Court, Eastern Division, 219 S. Dearborn, Chicago, IL 60604**

Deputy Clerk  Maria P.

Contact Number  312-408-5000