Form U-2a (20200214)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ) Case Number: 19-12563
)
Jenique Dean )
) Chapter: 13
)
Debtor(s) )

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 5/19/2021, an application was filed for the Claimant(s), Jenique Dean, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $1095.59 held in unclaimed funds be made payable to Jenique Dean and be disbursed to the payee at the following address:

1345 S Wabash Ave #909 Chicago, IL 60605.

Enter:

Dated:

United States Bankruptcy Judge

Form U-2a (20200214)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ) Case Number: 19-12563
)
Jenique Dean )
) Chapter: 13
)
Debtor(s) )

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 5/19/2021, an application was filed for the Claimant(s), Jenique Dean, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $1095.59 held in unclaimed funds be made payable to Jenique Dean and be disbursed to the payee at the following address: 1345 S Wabash Ave #909 Chicago, IL 60605.

Enter:

Dated:                                    United States Bankruptcy Judge